1
2
3
4
5
6
7

8                         IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10  JOSEPH SICKLER,

11              Plaintiff,                    No. CIV-S-11-0205 WBS EFB (TEMP) P

12         vs.

13  T. CURTIS, et al.,

14              Defendants.            ORDER

15  _____/

16         Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in an action

17  brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302

18  pursuant to 28 U.S.C. § 636(b)(1).

19         Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28

20  U.S.C. § 1914(a). Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of

21  (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance

22  in plaintiff's account for the six-month period immediately preceding the filing of the complaint.

23  28 U.S.C. § 1915(b)(1). Thereafter, plaintiff must make monthly payments of 20 percent of the

24  preceding month's income credited to his trust account. 28 U.S.C. § 1915(b)(2).

25  ////

26  ////

1   The agency having custody of plaintiff is required to forward to the Clerk of the Court
2   the initial partial filing fee, if funds exist, as well as payments from plaintiff's account each time
3   the amount in the account exceeds $10, until the filing fee is paid. *Id.*
4   The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's in forma
5   pauperis application upon the Director of the California Department of Corrections and
6   Rehabilitation and deliver a copy of this order to the Clerk's financial division.
7   So ordered.
8   DATED: February 23, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2