1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSEPH SICKLER

11            Plaintiff,                    No. 2:11-cv-0205 WBS CKD P

12      vs.

13   T. CURTIS

14            Defendant.              <u>ORDER</u>

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19            On May 17, 2012, the magistrate judge filed findings and recommendations that

20   were served on all parties and contained notice that any objections to the findings and

21   recommendations were to be filed within twenty-one days.  Neither party has filed objections to

22   the findings and recommendations.

23            The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1

1               1.  The findings and recommendations filed May 17, 2012, are adopted in full.

2               2.  The motion for a court order regarding access to the prison law library (Docket

3   No. 52), construed by the court as a motion for injunctive relief, is denied.

4   DATED:  June 25, 2012

5

6                           WILLIAM B. SHUBB

7                           UNITED STATES DISTRICT JUDGE